UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHERINE GOLDEN,

               Plaintiff,               Case Number 23-10047
v.                                           Honorable David M. Lawson
                                               Magistrate Judge David R. Grand
HENRY FORD COLLEGE,

               Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO DISMISS

Presently before the Court is the report issued on February 23, 2024 by Magistrate Judge David R. Grand under 28 U.S.C. § 636(b) recommending that the Court grant the defendant's motion to dismiss on the ground that the plaintiff's lawsuit is untimely and, in the alternative, should be dismissed for the plaintiff's "brazen" fraud on the Court. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge and will dismiss the complaint. The defendant also has filed a motion for attorney's fees. The Court will retain jurisdiction to decide that issue, and an order separately will enter referring the motion to Judge Grand.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 26) is **ADOPTED**.

- 2 -

It is further **ORDERED** that the defendant's motion to dismiss (ECF No. 12) is **GRANTED**, and the plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that the Court retains jurisdiction to decide the defendant's motion for attorney's fees (ECF No. 27), which will be referred to the magistrate judge for a report and recommendation.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   March 14, 2024